PETITION FOR RELEASE FROM ICE CUSTODY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

RECEIVED

AUG 20 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FADEEL SHUHAIBER )
  PETITIONER )
  )
    VS. ) CASE # 20-50308
  )
DANIEL SITKIE ) JUDGE:
MCHENRY COUNTY DETENTION CENTER )
ADAM SARACCO )
  RESPONDENTS )

## PETITIONFOR HABEAS CORPUS

I FADEEL SHUHAIBER, THE PETITIONER IN THIS MATTER, A DETAINEE AT MCHENRY COUNTY SHERIFF AND BEEN IN CUSTODY OF MCHENRY COUNTY SINCE 01/03/2020. I HAVE BEEN TRANSFERED FROM KANKAKEE COUNTY JAIL WHERE I WAS UNDER ICE DETENTION WHILE AWAITING REMOVAL FROM THE UNITED STATES TO LEBANON. THE IMMIGRATION JUDGE ORDERS BECAME FINAL MARCH21ST,2020 AFTER I HAVE AGREED TO WITHDRAW MY APPEAL FOR FAMILY REASONS. SINCE THEN, ICE HAVE NOT BEEN ABLE TO REMOVE ME FROM THE COUNTRY, AND STILL CURRENTLY WITH OUT ANY CLEAR SCHEDULE ON WHEN MY REMOVAL WILL OCCUR.

THIS PETITION IS FILED DUE TO THE SERIOUSNESS OF MY MEDICAL CONDITIONS WHERE I SUFFER FROM TYPE ONE DIABETES (I HAVE BEEN DIAGNOSED AT AGE 4), HYPERTENTION (BEEN DIAGNOSED ON AUGUST 2017), CELIAC DISEASE (BEEN DIAGNOSED IN MARCH 2016), AND THYROID DEFFICIENCY (BEEN DIAGNOSED IN 2018), AND THESE CONDITIONS PU ME AT A HIGH RISK OF CONTACTING COVID-19 WHICH IS SPREADING FASTLY AT THIS DETENTION FACILITY. THE CENTER FOR DISEASE CONTROL - CDC HAVE MARKED THESE CONDITIONS AS

August 17, 2020

PETITION FOR RELEASE FROM ICE CUSTODY

EXTREMELY AT HIGH RISK OF CONTACTING COVID-19, AND SHOULD AVOID ANY CLOSE CONTACT WITH ANY PERSON WHO IS BELIEVED TO BE INFECTED FOR AT LEAST 6 FEET DISTANCE, AND TO BE WEARING N-95 MASKS THAT WERE CLASSIFIED AS THE ONLY MASKS THAT PROTECT AGAIST COVID-19. THE CORONA VIRUS PANDEMIC IS WORSENING WITH EACH DAY THAT PASS AND HAVE CLAIMED THE LIVES OF MORE THAN 160,000 AMERICANS AND STILL NO VACCINE IS AVAILABLE. HEALTH OFFICIALS ARE PREDICTING THAT IT WILL ONLY GET WORST AND CLAIMS THE LIVES OF MORE THAN 200,000 AMERICANS BEFORE THE END OF THIS YEAR.

MCHENRY COUNY JAIL OFFICIALS INCLUDING CHIEF DANIEL SITKIE HAVE BEEN IN DENIAL OF THE EXISTANCE OF COVID-19 AT THIS FACILITY AND ICE BEEN SUPPORTING THERE CLAIMS REGARDING THESE MATTERS. PER NEWS MEDIA, ICE FACILITIES INCLUDING KANKAKEE COUNTY, POLASKI COUNTY, DODGE COUNTY AND AN OUT OF STATE COUNTY BEEN HIT WITH THE COVID-19 VERY HARD AND CLAIMED THE LIVES OF SEVERAL DETAINEES WHO ARE IN CUSTODY FIGHTING TO STAY IN THE UNITED STATES OR AWAITING REMOVAL BACK TO THEIR COUNTRIES AND FAMILIES, WHERE ALOT OF THESE DETAINEES DID NOT HAVE THE CHANCE TO ENJOY THAT RIGHT BECAUSE OF THE CURRENT POLICIES IMPLEMENTED BY THE IMMIGRATION AND CUSTOMS ENFORCEMENT-ICE AND THIS ADMINISTRATION THAT IS RUN BY PRESIDENT DONALD TRUMP. THESE POLICIES BEEN IMPLEMENTED BY THE U.S. ATTORNEY GENERAL WILLIAM BARR WHICH ENFORCES THE REMOVAL OF ALIENS WITH CRIMINAL HISTORY IN THE UNITED STATES.

I WAS DETAINED BY ICE ON MAY02,2019 AFTER I HAVE FINISHED SERVING MY SENENCE FOR POSSESSION OF CHILD PORNOGRAPHY IN VIOLATION OF 720 ILCS 5/11-20.1(A)(6) WHERE I WAS SENENCED TO FIVE YEARS AT 50% WHERE I ONLY HAD TO SERVE 9 MONTHS IN CUSODY OF

August 17, 2020

PETITION FOR RELEASE FROM ICE CUSTODY

THE ILLINOIS DEPARTMEN OF CORRECTIONS. ICE HAVE CHARGED ME WITH THREE DIFFERENT VIOLAIONS INCLUDING AGGRAVATED FELONY CONVICTION, MORAL TURPITUDE CONVICTION, AND OVER STAYING MY STUDENT VISA, AND AS A RESULT I WAS DENIED ANY RELIEF INCLUDING ASYLUM, WITHHOLDING OF REMOVAL, AND CAT. I HAVE RECENTLY FILED A HABEAS CORPUS WITH THE U.S. DISTRICT COURT CHALLENGING THE CHARGES THAT WERE BROUGHT AGAINST ME BY ICE AND IS CURRENTLY PENDING WITH THIS COURT UNDER CASE # 20CV50290. I HAVE BEEN WAITING MY REMOVAL FOR MORE THAN 90 DAYS WHERE ICE HAVE DECIDED TO NOT RELEASE ME AND CONTINUE MY DETENTION WHILE AWAITING MY REMOVAL.

I CURRENTLY HAVE AN INTERVIEW BY ICE FOR MY 180 DAYS CUSTODY REVIEW WHICH IS SET TO TAKE PLACE ON AUGUST25,2020 WHERE I HAVE REQUESTED FROM ICE TO GET ME RELEASED FROM DETENTION SINCE THEY ARE NOT ABLE TO REMOVE ME AT THIS TIME AND TO GET ME ON AN ORDER OF SUPERVISION. BUT THIS PETITION IS NOT FOR THESE REASONS, BUT INSTEAD FOR THE COURT TO ORDER MY RELEASE BECAUSE OF MY RISKS TO CONTACT COVID-19 WHILE IN ICE CUSTODY BECAUSE OF MY EXISTING MEDICAL CONDITIONS AND IN SUPPORT OF THAT I STATE THE FOLLOWING:

1. MCHENRY COUNTY JAIL AND ICE HAVE BEEN REFUSING TO COOPERATE WITH HEALTH OFFICIALS AND CDC TO RELEASE THEIR DATA ABOUT THEIR POSSITIVE COVID-19 CASES AT MCHENRY COUNTY AND VIOLATING SEVERAL STATE AND FEDERAL COURT ORDERS TO DO SO, CLAIMING HIPAA PROTECTION FOR THE PRIVACY OF THEIR DETAINEES MEDICAL INFORMATION.

2. SINCE THE PANDEMIC STARTED, MCHENRY COUNTY JAIL CONTINEOUS CLAIMS THAT THEIR FACILITY IS ZERO CASES OF POSSITIVE COVID-19 PATIENTS UNTIL ADEKUNLE

August 17, 2020

ADEFEYINTI FILED A HABEAS CORPUS IN THIS COURT UNDER CASE # 20CV50192 WHERE CHIEF SITKIE HAVE RELEASED A STATEMENT CERTIFYING THE EXISTANCE OF COVID-19 CASES AT MCHENRY COUNTY. THE CHIEF HAVE CLAIMED THAT THESE TWO DETAINEES ARE ICE DETAINEES AND ARE CURRENTLY IN ISOLATION IN SPECIAL ROOMS CREATED FOR INMATES THAT TEST POSSITIVE THAT IS MADE WITH NEGATIVE AIR FOLOW.

3. THIS STATMENT CLAIMS THAT THESE TWO CASES CAME POSSITIVE IN THE WEEK OF JULY27,2020 WHERE THE CHIEF STATES THAT ICE HAVE PROVIDED THEM WITH AN ABBOTT MACHINE TO TEST DETAINEES WHERE THE TEST CAN BE READY IN 15 MINUTES. THE CHIEF STATEMENT DOESNOT INCLUDE ANY INFORMATION ABOUT THE COUNTY DETAINEES AND THE WAY THEY ARE TESTING THEM OR IF THEIR IS ANY POSSITIVE TESTS AMONG THE COUNTY DETAINEES THAT ARE FIGHTING CRIMINAL CHARGES AND ARE NOT ICE. THE STATEMENTS COME OUT TO ONLY INCLUDE INFORMATION ABOUT ICE DETAINEES AND KEEP THEIR PROTECTION FOR THE COUNTY DETAINEES WITH OUT RELEASING THEIR INFORMATION, WHICH STILL BE HELD IN VIOLATION OF EXISTING FEDERAL AND STATE COURT ORDERS THAT MANDATE MCHENRY COUNTY TO RELEASE THEIR INFECTION DETAILS TO HEALTH OFFICIALS AND TO CDC. (**PLEASE SEE EXHIBIT ONE WHICH IS THE STATEMENT OF CHIEF SITKIE IN 20CV50192**).

4. IN THE WEEK OF JULY27,2020, I WAS HOUSED AT BLOCK 5, SECTION 4, CELL 402 WHICH IS CONSIDERED A SPECIAL WING FOR DETAINEES WITH SERIOUS MEDICAL CONDITIONS INCLUDING MENTAL HEALTH ISSUES, DIABETIC SERIOUS SITUATIONS AND TO MONITOR NEW INMATES BEFORE PUTTING THEM BACK IN GENERAL POPULATION. ON JULY24,2020 OFFICER JOHNSON MADE A STATEMENT TO A DETAINEE THAT WAS HOUSED IN CELL 403 ABOUT AN INMATE THAT TESTED POSSITIVE AND WHO IS A COUNTY DETAINEE AND

August 17, 2020

WAS HOUSED IN SPECIAL UNIT BECAUSE OF HIS SERIOUS CONDITION. (**SEE GRIEVANCE # G20-412**). THIS IS A STATEMENT BY A CORRECTIONAL OFFICER OF MCHENRY COUNTY SHERIFF AND I WILL TAKE HIS STATEMENT AS TRUE BECAUSE OF HIS TITLE AND POSITION. OFFICER JOHNSON SERVED PREVIOUSLY IN THE ARMY AND SERVED OVER SEAS IN DIFFERENT WARS AND RETIRED FROM THE ARMY WITH GOOD RECORDS BEFORE JOINING MCHENRY COUNTY SHERIFF.

5. ON AUGUST04,2020 AND WHILE HOUSED AT THE SAME UNIT BLOCK 5, SECTION 4, ROOM 402, THE OFFICERS HAVE ORDERED ALL OF US INCLUDING ME AS ONLY ICE DETAINEE AND 4 OTHER COUNTY DETAINEES TO PACK BECAUSE WE ARE MOVING. CLASSIFICATION TRIED TO PLACE ME AT BLOCK 4 SECTION 3 WHICH IS SEGREGATION UNIT. I HAVE REFUSED TO BE HOUSED THEIR WITHOUT HAVING ANY MAJOR VIOLATIONS AND DUE TO THE ABSENCE OF ADA CELLS THAT IS REQUIRED FOR ME AS A PERSON WITH DISABILITY AND USING A WHEELCHAIR FOR ASSISTANCE. I WAS THEN RETURNED TO BLOCK 5 SECTION 4 AND BACK TO THE SAME CELL 402. AT ABOUT 7 P.M, THE SHERIFF HAVE BROUGHT A DETAINEE WHO APPEARS TO BE IN SERIOUS MEDICAL CONDITION AND IS CONNECTED TO A BREATHING MACHINE. OFFICER JOHN DOE WITH BADGE NUMBER 2083 ALONG WITH OFFICER LYNCH HAVE SECURED THIS DETAINEE WHO IS COUNTY INTO A CELL THAT IS NEXT TO MINE, CELL 401. I HAVE HAD A CONVERSATION WITH THIS DETAINEE AND HE INFORMED ME THAT HE HAVE NO PREVIOUS HEART PROBLEMS AND IS IN CUSTODY OF MCHENRY COUNTY BECAUSE HIS VIOLATION OF ORDER PROTECTION AGAINST HIS WIFE. THIS DETAINEE HAVE STATED THAT HE WAS USING THE WASHROOM AND THEN HE BLACKED OUT AND LOST CONCIOUS. AND THE NEXT THING HE REMEMBERS IS WAKING UP IN A HOSPITAL AND

August 17, 2020

AFTER UNDERGOING AN OPEN HEART SURGERY, THE DETAINEE DIDNOT STATE THAT HE TESTED POSSITIVE FOR COVID-19, AND NEITHER IF HE WAS TREATED FOR THAT BUT THE OFFICERS WERE SANITIZING THE SURROUNDING AFTER HE FINISH HIS DAYROOM TIME AND BEFORE LETTING ME OUT OF MY CELL. THIS GUY SHOWED ME HIS SURGURY AND BASED ON MY KNOWLEDGE AND BELIEVES AND ABOUT THE INFORMATION THAT HAVE BEEN RELEASED BY CDC, I BELIEVE THIS DETAINEE WAS POSSITIVE FOR COVID-19 WITHOUT ANY SYMPTOMS UNTIL HE FACED CARDIAC ARREST AND WAS TRANSFERED TO THE HOSPITAL. (**PLEASE SEE GRIEVANCE # G20-422, AND G20-423**).

6. AFTER ME FILING MY GRIEVANCES AND RECEIVED RESPONSE FROM THE CHIEF ON MY APPEAL, NON OF THE SHERIFF HAVE ARGUED AGAINST THAT AND ONLY CLAIMED THAT THEIR FACILITY IS FOLLOWING ORDERS FROM THE HEALTH PROFFESSIONALS AND CDC AND ARE IN COMPLIANCE WHIC ONLY PROVED THAT MY CLAIMS ABOUT THIS INMAE ARE TRUE.

7. AFTER THE STATEMENT WAS RELEASED BY CHIEF SITKIE ON CASE # 20CV50192, I HAVE WITNESSED TWO OTHER DETAINEES ONE AFRICAN BLACK, THE OTHER IS HISPANIC IN MEDICAL GEAR WITH HEAD COVERING, GLOVES, BLUE DRESS AND MASK WERE SEEN USING THE PHONE THAT ALL DETAINEES ON THE THIRD FLOOR USE TO COMMUNICATE WITH OUR ATTORNIES ON AUGUST06,2020 AND AUGUST05,2020. BOTH OF THESE DETAINEES ARE BELIEVED TO HAVE POSSITIVE TESTS FOR COVID-19 AND CLAIMED TO BE HOUSED IN BLOCK 4, SECTION 1. I HAVE COMMUNICATED THROUGH THE WINDOW WITH THE HESPANIC INMATE AND HE INFORMED ME THAT HE TESTED POSSITIVE FOR COVID-19 AND THAT HE IS UNDERGOING TREATMENT. (**SEE GRIEVANCES # G20-441, AND G20-4** ).

August 17, 2020

8. THE FACILITY CONTINEOUS CLAIMS THAT THE FACILITY IS FOLLOWING PUBLIC HEALTH OFFICIALS GUIDELINES AND POLICIES AND FOLLOWING CDC GUIDELINES ARE BASELESS, BECAUSE ALLOWING THESE DETAINEES THAT HAVE TESTED POSSITIVE FOR COVID-19 TO USE THE SAME PHONES THAT EVERY ONE ELSE USE TO COMMUNICATE WITH THEIR ATTORNIES PUTS EVERY SINGLE PERSON, -WHETHER HEALTHY OR HAVE PRE-EXISTING MEDICAL CONDITIONS- TO CONTACT THE VIRUS BECAUSE IT DOESNOT MATTER HOW MUCH YOU CLEAN THE PHONE AND THE SURROUNDING BEFORE BRINGING ANOTHER DETAINEE INTO THAT ROOM, YOU WILL STILL FAIL IN CLEANING THE INSIDE OF THE PHONE HANDLE WHERE THE VIRUS CAN GO THROUGH THE HOLES AND TRANSFERED TO ANOTHER PERSON. THIS FACILITY BEEN DENYING MY CLAIMS THAT THEY ARE NOT FOLLOWING THE GUIDE LINES AND IT WILL APPEAR FROM MY CONTINEOUS GRIEVANCES ABOUT THE FACILITY DENYING TO PROVIDE ME WITH KN-95 MASK TO PROTECT MY SELF (**SEE GRIEVANCES G20-412 AND G20-351**), UNTIL THE GRIEVANCE THAT I HAVE WROTE ABOUT THE COUNTY DETAINEE THEN ALL OF THE SUDDEN THE FACILITY STOPPED GIVING US THE REGULAR SURGICAL MASKS AND RETUNED TO GIVING US THE KN-95 MASKS.

9. MORE OVER, AND TO SHOW THE FACILITY IS FAILING TO FOLLOW PUBLIC HEALTH OFFICIALS AND CDC GUIDLINES AND PROTOCOLS IS BY FAILING TO ALLOW THE OVER CROWDING THE WINGS WITH DETAINEES WHERE THE PERSON WILL BE IMPOSSIBLE FOR ANY BODY TO MAINTAIN 6 FEET DISTANCE WITH 60 DETAINEES HOUSED AT THE SAME PLACE. THIS PROBLEM BEEN GRIEVANCED AND BEEN BROUGHT IN SEVERAL GRIEVANCES AND REQUESTS TO MEDICAL DEPARTMENT AND WELL PATH, AS WELL AS TO CLASSIFICATION DEPARTMENT AND MAKING OFFICIAL COMPLAINTS WITH THE

August 17, 2020

PETITION FOR RELEASE FROM ICE CUSTODY

OFFICE OF THE GENERAL COUNSEL FOR THE DEPARTMENT OF HOMELAND SECURITY, WITH ALL OF THESE COMPLAINTS, STILL MCHENRY COUNTY JAIL STILL FAILED TO ENSURE FOLLOWING CDC GUIDELINES AND PUTTING OUR HEALTH AND SAFETY AND SECURITY AT RISK WHILE HOUSED AT MCHENRY COUNTY JAIL WHILE EITHER AWAITING REMOVAL OR FIGHTING TO STAY IN THIS COUNTRY.

10. I HAVE MADE SEVERAL REQUESTS TO MY DEPORTATION OFFICER SARACCO FOR MY RELEASE OF DETENTION BECAUSE OF MY WORRIES ABOUT CONTACTING THE CORONA VIRUS AND I HAVE STATED SEVERAL FACTORS TO OFFICER SARACCO ABOUT THE DIFFERENT SITUATIONS THAT I PRESENT IN THIS COMPLAINT ABOUT THE INMATES THAT I BELIEVE WITH POSSITIVE RESULTS OF COVID-19 AND STILL ICE HAVE CONTINUED TO CLAIM THAT THERE IS NO CORONAVIRUS CASES AT MCHENRY COUNTY JAIL AND THAT THE HEALTH OF THE DETAINEES (**WHICH MEANS US INCLUDING ME**) MATTERS TO ICE AND THAT ICE WILL CONTINUE TO TAKE CARE OF THEIR DETAINEES.

11. OFFICER SARACCO AFTER MY CONTINEOUS COMPLAINTS AND ESPECIALLY WHEN I HAVE STARTED MAKING OFFICIAL COMPLAINTS TO THE OFFICE OF GENERAL COUNSEL OF THE DEPARTMENT OF HOMELAND SECURITY, OFFICER SARACCO STOPPED RESPONDING TO MY REQUESTS AND INSTEAD MY REQUESTS BEEN ANSWERED BY MICHAEL LANDMEIER WHO IS ALSO A DEPORTATION OFFICER. ICE HAVE REFUSED MY RELEASE ON DIFFERENT REQUESTS THAT WERE MADE BEFORE THE 90 DAYS CUSTODY REVIEW DETERMINATION.

12. ICE ON JUNE 21, 2020 HAVE DECIDED TO CONTINUE MY DETENTION BECAUSE THEY WANT TO REMOVE ME AS SOON AS POSSIBLE ACCORDING TO BOTH DEPORTATION OFFICERS CLAIMS. BUT THE AS SOON AS POSSIBLE TURNED TO CONTINUE FOR 90 MORE DAYS AND

August 17, 2020

STILL ICE HAVE NO SCHEDULE ABOUT MY REMOVAL TO LEBANON AND STILL HAVE NO ANSWER FOR ME ABOUT THE POSSIBLE TIME FRAME OF MY REMOVAL. ICE HAVE UNTIL 09-21-2020 TO REMOVE ME TO LEBANON OR ELSE ICE WILL HAVE TO GET ME RELEASED IN SUPPORT OF THE SUPREME COURT LAW THAT PROHIBIT DETENTION FOR MORE THAN 180 DAYS.

13. I HAVE COPERATED WITH ICE SINCE FEBRUARY 2020 FOR MY REMOVAL TO LEBANON. OFFICER SARACCO HAVE STATED THAT MY REMOVAL WOULD NOT TAKE MORE THAN 60 DAYS. AND THAT WHAT PUSHED ME TO WITHDRAW MY APPEAL SO I CAN GO HOME INSTEAD OF REMAINING IN DETENTION. BUT THE 60 DAYS BECAME NOW 180 DAYS AND STILL THERE IS NO SCHEDULE FOR MY REMOVAL TO LEBANON WHICH MIGHT TAKE ANOTHER 60, 90, 180 DAYS OR MAYBE YEARS BECAUSE OF THE CORONAVIRUS PANDEMIC AND BECAUSE OF THE EXPLOSION THAT JUST OCCURED IN BEIRUT, LEBANON. IT IS DEFENTLY MORE THAN IMPOSSIBLE FOR ICE TO REMOVE ME OF THE COUNTRY ANY WHERE IN THE NEAR FUTURE.

14. THE ONE MORE THING THAT ICE CAN USE TO CONTINUE MY DETENTION IS IF ICE WAS ABLE TO PROVE THAT I AM DANGER TO SOCIETY OR IS A PAUSE A THREAT TO NATIONAL SECURITY, WHICH ICE WILL FAIL TO SHOW ESPECIALLY IF ICE WANT TO USE MY CRIMINAL CONVICTION. YES I HAVE TOOK A PLEA OF 5 YEARS FOR CHILD PORNOGRAPHY BUT IT DOESNOT MEAN THAT I DID IT NEITHER DOES IT MEAN THAT I HAVE DONE ANYTHING TO ANY AMERICAN CITIZEN BELOW THE AGE OF 18. NEITHER ICE WILL BE ABLE TO PROVE THAT IF I GET RELEASED, I WILL BE A FLIGHT RISK BECAUSE I AM FIGHTING TO STAY IN THE UNITED STATES AND THAT INCLUDE MY

August 17, 2020

LATEST SUBMISSION FOR A PETITION FOR U-STATUS AS A VICTIM OF CRIME WHICH IS CURRENTLY PENDING THE USCIS AND THE VAWA UNIT AT VERMONT SERVICE CENTER.

15. LEBANON IS AMONG THE COUNTRIES THAT WERE HARDLY HIT BY COVID-19 AND CURRENTLY BEIRUT INTERNATIONAL AIRPORT IS STILL CLOSED AND ONLY FUNCTIONING WITH 10% CAPACITY. THE LEBANESE GOVERNMENT HAVE ISSUED AN ORDER THAT NO FLIGHTS ARE ACCEPTED FROM THE UNITED STATES BECAUSE OF THE SERIOUSNESS OF THE PANDEMIC IN THE U.S. AND THIS CAN AND WILL CONTINUE UNTIL A CURE BE FOUND FOR THIS DISEASE, WHICH ACCORDING THO HEALTH OFFICIALS WILL NOT OCCUR UNTIL MID 2021. THE AMERICAN EMBASSY AT BEIRUT, LEBANON HAS WARNED PEOPLE FROM TRAVELING TO LEBANON AND THAT WAS BEFORE THE NEWS OF THE EXPLOSION. NOW THE ORDERS ADVICE AGAINST ALL TRAVELS TO LEBANON AS A RESULT OF THE EXPLOSIONS AND AS A RESULT OF AN EMINENT THREAT THAT A WAR MIGHT OCCUR BETWEEN LEBANON AND ISRAEL WHICH WILL BE OF A RESULT OF AN ATTACK BY HEZBOLLAH TO AN ISRAELI TANK ON THE BORDER WITH LEBANON. THESE THREATS FOLLOWED BY SEVERAL VIOLATIONS TO THE ISRAEL ARMY BY THE LEBANESE SIDE AND THESE TENSIONS ARE ESCALADING EVERY DAY. LEBANON IS AS KNOWN A BASIC COUNTRY THAT HOUSE HEZBOLLAH WHICH IS DECLARED BY THE AMERICAN GOVERNMENT AS TERRORIST GROUP, AND LEBANON WAS A MAJOR COUNTRY TO HOUSE ISIS MEMBERS SINCE THE START OF THE WAR IN SYRIA BACK MORE THAN 7 YEARS AGO.

16. ICE, THE DEPARTMENT OF HOMELAND SECURITY THROUGH THEIR ASSISTANT CHIEF COUNSEL ELIZABETH BAYLY, THE IMMIGRATION JUDGE KATHRYN DEANGELIS HAVE BEEN INFORMED ABOUT MY FILING FOR A POST CONVICTION WITH BRIDGEVIEW COURT

HOUSE REQUESTING THE COURT TO VACATE MY CONVICTION WHICH VIOLATES THE SUPREME COURT RULE MADE IN PADILLA VS. KENTUCKY WHICH WAS FILED ON SEPTEMBER20,2019 BY PUTTING IT IN THE MAIL AT KANKAKEE COUNTY JAIL. A COPY OF THE POST CONVICTION PETITION WAS ATTACHED TO MY MOTION TO REOPEN WHICH WAS FILED IN THE IMMIGRATION COURT NOVEMBER 2019. BUT THE IMMIGRATION JUDGE DENIED THAT ARGUMENT AND STILL ORDERED ME REMOVED FOR THE SECOND TIME ON JANUARY27,2020. I HAVE NOT RECEIVED ANYTHING IN REGARD OF THE POST CONVICTION FROM EITHER THE COURT CLERK OR THE COOK COUNTY STATES ATTORNEY'S OFFICE AND HAVE FILED A WRIT FOR EXTRAORDINARY WRIT WITH THE UNITED STTATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT ASKING THE COURT TO INTERFER IN MY POST CONVICTION PROCEEDINGS WHICH THE COURT DENIED THAT WRIT ON JULY30,2020. COPIES OF THESE ORDERS ARE ATTACHED AS **EXHIBIT TWO**.

17. I AM REQUESTING FROM THE UNITED STATES DISTRICT COURT ORDERS MY RELEASE FROM DETENTION BECAUSE OF THE EXISTANCE OF CORONAVIRUS AT MCHENRY COUNTY JAIL, AND THE EXISTING EVIDENCE THAT THE VIRUS IS SPREADING IN THIS FACILITY, PUTTING ME AT INCREASED RISK OF CONTACTING THE VIRUS BECAUSE OF THE SERIOUSNESS OF MY PRE-EXISTING MEDICAL CONDITIONS INCLUDING DIABETES, HIGH BLOOD PRESSURE, THYROID AND CELIAC DISEASE WHERE ALL OF THESE CONDITIONS WEAKENS MY IMMUNE SYSTEM AND MAKES ME AN EASY TARGET FOR COVID-19. MEDICAL PROFFESSIONALS INCLUDING THE CENTERS FOR DISEASE AND INFECTIONS CONTROL CERTIFIES THAT IF I EVER CONTACT THE VIRUS IT IS IMPOSSIBLE FOR ME TO RECOVER AND I WILL LOOSE MY LIFE AS A VICTIM OF THE VIRUS. REPEATEDLY, THE MEDICAL SERVICE PROVIDER AT MCHENRY (WELL PATH) AND THEIR

EMPLOYEES HAVE SHOWED A REAL PROBLEM WITH UNDERMINING THE SERIOUSNESS OF THE CORONAVIRUS WHICH HAVE CLAIMED THE LIVES OF HUNDREDS OF THOUSANDS OF AMERICANS LIVES AND TREATING IT AS A FLU WHERE I HAVE HEARD THAT STATEMENT MORE THAN ONE TIME FROM NURSES AND FROM DOCTORS INCLUDING NURSE VANESSA, NURSE TRACY, NURSE OLIVIA AND DOCTOR KIM. THIS HAVE PROVEN WITH MEDICAL STUDIES AS FALSE CLAIMS AND HAVE PROVEN THAT THIS DISEASE IF MORE SERIOUS THAN A REGULAR FLU.

18. I HAVE FULLY COOPERATED WITH ICE IN MY REMOVAL FROM THE UNITED STATES, AND WILL CONTINUE MY COOPERATION UNTIL EITHER I BE REMOVED OR MY U-VISA GET GRANTED. I WILL COOPERATE WITH ICE IN AN ORDER OF SUPERVISION AND IN ANY RESTRICTIONS THAT MIGHT BE PLACED ON ME WHILE ON AN ORDER OF SUPERVISION.

19. I PRAY THIS COURT GRANTS MY REQUEST FOR RELEASE.

RESPECTFULLY SUBMITTED;

_____

FADEEL SHUHAIBER
A-209-957-429
MCHENRY COUNTY JAIL
2200 NORTH SEMINARY AVENUE
WOODSTOCK, IL 60098

August 17, 2020

PETITION FOR RELEASE FROM ICE CUSTODY

## CERTIFICATE OF SERVICE

I FADEEL SHUHAIBER, SWEARS UNDER PENALTY OF PERJURY THAT THIS HABEAS CORPUS PETITION WAS SENT TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION, BY PUTTING IT IN THE MAIL AT MCHENRY COUNTY JAIL ALONG WITH A CHECK OF $5 AS FILING FEES FOR THIS PETITION.

DATE

08.18.20

SIGNATURE

**NOTARY PUBLIC:**

I UNDERSIGNED, A NOTARY PUBLIC FROM THE STATE OF ILLINOIS, COUNTY OF MCHENRY, CERTIFIED THAT____FADEEL SHUHAIBER____HAVE APPEARED BEFORE ME AND SIGNED THIS CERTIFICATE INFRONT OF ME.

DATE

8·16·2020

SIGNATURE

MY COMMISSION EXPIRES: ___6·3·24___

OFFICIAL SEAL
DAWN R BURKE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/03/24

August 17, 2020