

United States District Court
Northern District of Illinois
Western Division

Fadeel Shuhaiber
Petitioner

VS

Daniel Sitkie
Respondent

)
)
)
)
)
)
)
)

Case # 20 CV 50308

Judge Johnston

Magistrate Judge Jensen

Petitioner Response To Respondents
Response

I Fadeel Shuhaiber Files My Response to Respondents Answer to my Habeas Corpus Petition In Fifteen Days from Oct 29, 2020 as governed by Federal Rules of Civil Procedures under 2254 Motions. And in support I states the Following:

1- Respondent represented by an Assistant U.S. Attorney claim that this Petition is brought Challenging my detention that this counsel considers Lawful under 8 U.S.C $ 1231. In support of that defense counsel relies on lies and False accusations without providing any evidence supporting his lies and he is an evidence on my Claims:

A- The Counsel starts his introduction by accusing me to be child predator. Then move to page -2- second Line all the way to end of the paragraph using False accusations, Fabricating a statue that doesnot exist except in his head and he Refurbished the Illinois Compiled statue of 1992 to what work For him. The Court should consider these claims as Moot as to the Failure of any government Agency to prosecute me of any of these allegations and this information contradicts any documents on record on my A-File. (please see 20 CV 50419).

B- Counsel claims that I admitted to the allegations in the NTA on April 08, 2019 but again the A-file record shows the opposite starting with my Motion to dismiss, to the Motion To Change Venue to the Motion to Reopen to the recent Filed case 20 CV 50419.

C- Counsel claim that I have been making my detention Longer because of my Filings but Contradicts himself by saying that I have cooperated with ICE For 180 days starting from 03.23.20 until the case went to ICE HQPDU and gave ICE 6 months to get me removed and the government Failed. When ICE Refused to release me on OSUP after my 180 days custody review that is when I Filed my Habeas Corpus.

2. Counsel have Admitted that four detainees and one employee tested possitive on page -6- then skip to page -14-, Line #9 he states " Currently there is No possitive Covid-19- cases at the Jail." To Fact check on 10.23.20, 10.24.20, 10.25.20 Nurses would be seen Coming to block 5, Section one which have and house the detainees on quarantine in Full armor suit with gas tank For breathing, And on 10.29.20 officer Howard made a statement that Nurse Britney Mitchel was unable to go and pass Meds in Block four, section two, Block two section three and four. Similar statements were made by Nurse Shannon, Shae and Mellisa. And just on 10.30.20 I witnessed Nurse Shannon at about 4:30 p.m go to Block 4 section Two with Full Armor suit with gas tank. These videos can be supboenaed for verification. When you hear such stories then you compare it with Counsel accusations that there is No Covid-19 possitive cases at McHenry County Jail then you know it don't Match.

Moreover, I was housed in booking on 10.28, 10.29 and 10.30 and the Cells Next to my door have signs that say quarantine so based on statement of Counsel that the quarantine areas were made for people that tested possitive For Covid-19- so I will assume that on these three days I was housed less than 6 Feet apart from a detainee that tested possitive For Covid-19- and that put me in the harm way and at increased risk.

3- Counsel issues in down playing the effects of Covid-19- on people suffering From diabetes, high Blood pressure. CDC stated Diabetes and did not specify as the Counsel claims. Type one is More serious than type two in reality so if people with type I are in increased risk then people with type one are at higher increased Risk.

4- Counsel use Zadvydas v. Davis to claim that I have enlonged my detention which is a clear statement that I failed to cooperate in my removal but the opposite is true I have fully cooperated with ICE For 6 months after my removal order became Final on 03.23.20 then explained in my Request For OSUP the violations that ICE will be doing if they continue my detention in september 2020 including the three ruling that the U.S. supreme Court issued in Zudvydas, MU and          . I have explained that because of Covid-19. Lebanon has travel Ban and still ERO and HQPDU have denied my release claiming that my Removal will be in the foreseeable Future. But No interval was given in there Memos or even in the Counsel's Response to the Habeas Corpus.

5- The United States is in the Middle of a second wave of Covid-19- infections and could take months Before a Vaccine become available as stated by Dr. Faucci and Dr. Arwady. Illinois is currently at % 7.8 infections Rate and is only getting worst. So the foreseeable future can be months if Not more than a year and this is a statement made by Scientists, Doctors and disease infections Experts.

In Response to Adam Saracco Declaration:

1- Officer Saracco make contradicting statement in this document compared to his statements on the A-file and in Immigration Court proceedings. A variety of these documents were attached as Exhibits to 20CV50419 and is pending review by Judge Pallmeyer.

2- These statements include # 5, 7, 8, 9, 11, 14, 16, 17, 34, 40, 41, 52.

3- Officer Saracco contradicting statement raise Flags especially these statements are made under oath.

4- This statement made by officer Saracco should be removed of record as it raises an attack on the credibility of this officer.

5- No details given because 20CV50419 is under Letigation and investigation by the U.S. District Court as it raises severe constitutional violations.

6- I pray this court removes this statement from record and have it sealed.

# Response To Chief Sitkie Statement :

Chief Sitkie and his Medical department continue to undermine the seriousness of Covid-19 and down play its effects for being just a Flu, a Flu that killed almost 235,000 Americans so far. The Facility is constructed on a cloud of lies and again The Chief says there is 5 cases that tested possitive then he claims that currently No possitive cases in the jail. As I have explained in my response to Counsel is that there is alot of Red Flags that says he is wrong.

If No body sich then why Nurses are obliged to wear Full protective gear when entering some units or be unable to pass Meds and it is Not suspecions but reality and on camera.

Second, the Fact that the Facility dont give N-95 Masks claiming because of its shortage But the reality is the opposite and it is For sawing money. First order issued by CDC it says that surgical Masks doesnot protect from contacting the virus but only slow it down. Among the policies that the Facility deployed, all of them doesnot metigate specific issues and how to deal with it, but only susbunded visits and programs and only until 10.28-20 the Facility put an order to Mandate Masks and it came 9 months after the pandemic started. These steps raise question Masks on why now if you have Zero Covid-19 patients ?

I will Leave this for the court to ask Mr. Sitkie and question if the Facility Administration is lying under Oath. Moreover, the Chief Claims that the Facility operating on half capacity which Could be tive on the second Floor that house County detainees, but if you go an extra Level to the third Floor that house ICE detainees is packed to the Limits and is More than impossible to practice social distancing. The one of us should Not be Forced to stay in his cell 24/07 or else it will constitute Liberty depreviation and is protected by the 5th and 14th Amendments.

Per CDC Guide Lines there should be widespread Covid-19 testing every Couple of Months because of the pattern this virus is taking. Mc Henry and Lake Counties have increased possitivety rate from %5 to almost %8 in the past two weeks and Same For the state in total and the County of Cook and the elections and the Hollidays are only going to get it worst and this County will be the Next hot spot on the List.

The General orders attached as Exhibit -A- are very outdated and go back to 2010 and has No effect on this pandemic. Exhibits -B- through

-E- are outdated as well and go back to March 2020. Nothing in these policies adobted by McHenry County sheriff shows any up-to-date policies to protect their county and their detainees against Covid infection or how to control the facility in case an outbreak of Covid infections hit the county which only raise flags about if they can protect their detainees, if they can keep their detainees that are at high risk like me in a healthy state and protected from exposure. The Chief Sitkie statement states that the sheriff have received an Abbott Machine from ICE and that they are testing ICE detainees that have temperature higher than 100°F but don't explain what is being done to the county detainees that are being held on criminal Matters if they are being tested or Not or what measures they are taking especially these detainees work with ICE detainees in the kitchen, laundry room and sanitation and can get the virus transmitted to ICE detainees and their food.

Moreover, there is Nothing that shows in the Respondents filings if policies were put in place for officers and Healthcare workers and Kitchen and food supervisors as Mandates to be tested daily or weekly and should report Negative for Covid-19- and documented in their Medical files to protect transmission of disease to detainees, but instead Chief Sitkie claims that temperatures of employees be taken twice a day Only and that if an Employee temperature was about and above 100°F then they will be isolated along with everybody that they were in contact with. This statement is crusial because according to CDC and John Hopkins Hospital studies there is Hundreds of Thousands of possitive Covid cases that Never had any symptoms and their immune system beat the infection without being hospitalized. This raise flags if the McHenry County Sheriff, Wellpath and Aramark employees are Not Routinely being tested because that will put me at risk to get the virus from that employer and this employee might pass it to other employees, detainees and Medical staff and these Newely infected might show symptoms and might Not and you or I will never know if there is NO Testing Mandate deployed by McHenry County Sheriff and Department of public Health.

from my Knowledge and Experience from my time at McHenry County Jail that No one have been tested by Abbott Machine unless they show +100°F temperature and without testing No One will ever know if Any Body is possitive until this person gets sick then this will grab officials attention and its a smart Operation that I will call it "Operation Cover Up".

Chief Sitkie didnot Deny, Contest or object to any statements Made by me in my Habeas Corpus petition or on any grievances submitted as Exhibits but Instead used the term "Disagree". You Look the Definition of the verb Disagree or to disagree with someone doesnot mean that the original Statement has truth in it and is hard to be denied or Coveredup but instead try to Find Excuses and change the subject. This is a certification from the Chief that the court can take my petition and its content as True and Correct. I strongly believe that McHenry County Jail has passed the Denial of Truth Phase because it is getting worst every day with Now three Units On Guarantine (Block 4 section 2, Block 2 section 3 and Block 2 section 4) and the sheriff should be more truthful in their statements Because security footages can be Supboena by the Court at any time and then the truth can't be hidden No more.

Respondent Claim that McHenry County Jail is giving me proper Medical treatment and that I have Not Raised an Issue of InAdequate Medical treatment in the petition. The reasons For this is because if I want to include that in my petition it will open a huge door and will distract the Court from the main purpose of this petition. In a short summary some of these claims that can go under InAdiquate Medical Treatment Include five hypoglycemia Events with one time an Ambulance was called, Denying me

Lantus insulin that Wellpath have discontinued in February, prescribing me several medications that Wellpath knows they cause me complications including Mobic, Cymbolta and IBprofin on several occasions, refusing to give me insulin 3 times a day as any type one diabetes should and instead only giving me twice and Recently ADA violations where a case was filed in the U.S. District Court, Northern District of Illinois Western Division and pending the Court's Review and Another ADA Complaint will be filed soon for forcing me to sleep on the floor and denying me services and programs Covered with title II of the ADA so this is a quick peak on what this petition would have included if I enter the inadequate Medical Treatment Arguments and I prefer to bring the Inadequate Medical Treatment on Different Dockets.

Conclusion :-

Respondent through his counsel and the statement of officer Adam Saracco shows these parties have spent good efforts, time, Ink and pages trying to paint a picture of me as being as they claim a "Child Predator" by using false information, Misleading facts and accusations, and by using Misrepresentations of Federal Laws and Compiled Statutes of the state of Illinois. ICE have been able to cover these Illigal Acts Long enough but they can't hide it No more and instead they continue their Lies and corrupt Acts in these proceedings. ICE continue to fight me and get me thrown out of the United States for any price without any consideration to my post-conviction proceedings that are currently pending at Cook County Circuit Court, 5th Municipal Bridgeview Court house based on violation of Supreme Court decision in Padilla vs. Kentucky, this petition been pending since 09.20.2019 and have Not been decided. Moreover, I have filed two complaints Against the Cook County State's Attorney office in the Circuit Court of Cook County in chicago,

Illinois regarding series of violations in my criminal Matter and they are under review by chief Judge. So I deny all these Allegations that counsel and DO Saracco are accusing me off and ask the court to look at the better picture that I have presented Regarding Covid-19 at McHenry County Jail and the failure of the sheriff to deploy and implement policies and Mandates and protocols to protect detainees Like me suffering of Pre Existing Conditions of Diabetes, hypertention, Celiac disease and Kidney disease and Focus on the Fact that Covid-19 is serious and is considered a Serial killer where the pandemic already claimed the lives of More than 230,000 Americans and I or you your honor could be Next. I Pray that God protect and bless my Soul and your Soul your honor and allow us to Live Long enough.

To discuss the Matter of In Adequate Medical treatment I state that McHenry County Sheriff and Wellpath have a Zero grading from me and have failed to take care of my health as they supposed to. They started with Replacing My Lantus insulin that was prescribed to me by diabetes proffessionals from palos Community Hospital and Stroger hospital because of the seriousness of my conditions and was Replaced by NPH by this Facility, then the Facility stopped giving me insulin three times a day as prescribed by specialists and substituted this Routines with twice a day. Then they discontinued my pain Medications that was prescribed by specialists to my serious injuries that I suffered from on October 2016 where I have suffered dislocated right shoulder and Elbow, Broken right Arm, broken Left Leg and knee and replaced it with Different Medications that I am Allergic to although I kept refusing them or else I would get sick. Then suffering of four hypoglycemia

events where I almost was dead if not found by other detainees. These series of Actions have never happened when I was at the Kankakee County Jail For 9 months under the custody of ICE and simply because all my Needs were Met at Kankakee County Jail. Last but Not Least where Wellpath have denied my request for Covid test by swap and using Abbott Machine claiming I did not Meet CDC GuideLines but there is No evidence of what GuideLines Wellpath and Counsel Refering to, Neither any Exhibits Attached to what these guidelines might be. CDC is Advising everybody to get tested, Not once but every time they can. This is a part of operation "Cover up" that McHenry County Sheriff and Wellpath are Following where the record provided to me and the Court doesnot show any implemented policies For Testing or if the Facility have Contact Tracing program or what policies their officers have to follow and if their officers required to test Routinely before they come to work or weekrely or what is their system requires to fight this Pandemic. We have heard and saw similar policies Advertised by the white house through Televised statement by the President Donald Trumps or his Press Secretary or his Chief of Staff advising people to stop testing or slow testing claiming that if we don't test then we have NO virus or when the white house claim we are turning the Corner with +70,000 cases every day or by statements made by the White House In regards to the achievements of the president where Number one was beating the virus and ending the pandemic with more than 230,000 people dead. This is the same picture being printed to this Court by McHenry County Sheriff and Defense Counsel and believing these Lies means the court doesnot care about me and my well being while in custody of ICE and that the court will Not care if I get infected by Covid-19- or even if I die and this will be A slap to the Face to my Mom and Dad by the U.S. Government and a slap to the face to every Mom and Dad that Lost a son or Daughter or Grand

Child or Cousin or Nephew or brother or sister to this pandemic.
Last But Not Least, the claims of the government remain Lawful
according to 8 U.S.C 1231 are lies because its almost 8 months
since my Removal Order became Final and ICE/ERO office Chicago
and HQ PDU are aware that my detention is violating Zadvydas vs.
Davis through a letter sent by me to both officer and through a state-
ment made for an I-246 request For OSUP But my requests were
denied by both offices claiming that they believe my Removal will be
in the foreseeable Future. But almost two Months after my 180 days
custody Review ICE still have No Clear Plan to my Removal
and No Clear Schedule and ICE putting the blaim on the pandemic.
As Of Sunday November 01, 2020 there was 75,000 plus cases reported
in the U.S. and More than 4000 cases with a % 7.8 possitivity Rate in
the state of Illinois. These Numbers been on the rise For the past three
weeks and Expected to get worst. So if ICE didnot have a plan in the
Past 8 months, it is %100 that they will Not have any plan any time
Soon. In the Meanwhile, I continue my efforts to Cooperate with the
vermont Service Center / VAWA Unit in the Adjudication process of my
U-Visa where My Petition I-918 and the law Enforcement Certification
I-918B were Filed and Receipt # EAC 202 655 1224 and an
I-192 Permission to Reenter an Non Immigrant was filed with all Fees Paid
with Receipt # EAC 210 155 1028 and biometrics were completely sent
and is only pending Final decision if they will aprove or deny my petition.
So I ask the Court to Consider Facts that can be proven with evidence
and by applying the laws and Statues of the Constitution of the United
States and the Statues of the Constitution of the State of Illinois

and deny all statements that were Made by defense Counsel, officer Adam Saracco and Chief Daniel Sitkie as they were proven to be Nothing but lies and False Representation of the truth and Reality and Use Misleading techniques to Manipulate the Court System and to Manipulate the decisions made by federal Judges according to what best serves ICE and McHenry County Sheriff and the Attempts of Truth Coverup so McHenry County Sheriff Don't Loose there Contract with the Immigration and Customs Enforcement and the Department of Home Land Security.

Wherefore, I Pray this Honorable Court Issues a Temporary Restraining order and orders me released Immediately From ICE Custody.

Respectfully Submitted;

Fadeel Shuhaiber
A-209-957-429
MCJ
2200 N. Seminary Avenue
Woodstock, IL 60098

Subscribed And Sworn Before Me on this Day __3rd__ of November 2020,

OFFICIAL SEAL
SHARON COY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/26/2?

_____
Notary Public

_____
Petitioner

__11.03.20__
Date

## Certificate Of Service

I Fadeel Shuhaiber swears under penalty of perjury that this Response to Respondent answer was filed with the Clerk of Court of the U.S. District Court, Northern District of Illinois Western Division by putting it in the Mail at McHenry County Jail on the date the Certificate is signed. Respondents and their Counsels will be served by CM/ECF system and a copy of this Response will be sent in the Mail to defense counsel on the same Date Certificate is signed.

Respectfully submitted ;

Date

Signature

11.03.20