UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

WESTERN DIVISION

FILED

DEC 30 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| FADEEL SHUHAIBER | ) | |
| PETITIONER | ) | CASE # 20CV50308 |
| VS. | ) | |
| DANIEL SITKIE | ) | JUDGE JOHNSTON |
| RESPONDENT | ) | MAGISTRATE JENSEN |

## FOR EMMERGENCY REVIEW BY PRESIDING JUDGE

## AND MAGISTRATE JUDGE

DEAR HONARABLE JOHNSTON

    MAGISTRATE JENSEN

I AM WRITING YOU THIS LETTER BEGGING YOU FOR A DECISION IN MY FAVOR ON MY HABEAS CORPUS PETITION THAT WAS FILED BY ME IN THIS COURT DUE TO THE COVID-19 CONDITIONS AT MCHENRY COUNTY JAIL. I HAVE FILED MY RESPONSE TO RESPONDENTS RESPONSE TO MY PETITION ON NOVEMBER09,2020 AND CURRENTLY PENDING FINAL DETERMINATION IF YOUR HONORS WILL GRANT ME TEMPORARY RESTRAINING ORDER OR WILL DENY ME THAT RIGHT.

NEW CIRCUMSTANCES ARE CURRENTLY OCCURING FOR ME TO THIS THIS HONORABLE COURT THIS LETTER ASKING FOR THE COURT'S MERCY ON MY LIBERTY AND ON MY HEALTH, SAFETY AND SECURITY. ON FRIDAY DECEMBER18,2020 I WAS ORDERED TO PACK MY PROPERTY AND WAS BEEN MOVED TO BOOKING AREA, CELL 101 BECAUSE THE SHERIFF THROUGH A STATEMENT OBTAINED FROM OFFICER MADISON WORKING 6AM TO 2PM SHIFT AND SERGEANT TROOKA THAT THEY NEED THE PLACE WHERE I WAS HOUSED (BLOCK 5 SECTION 3) FOR THREE OR FOUR FEMALES.1 TESTED POSITIVE FOR COVID-19 AND THEY NEED ISOLATION. PRIOR TO THAT I WAS MOVED FROM BLOCK 5 SECTION 4 WHICH IS THE MEDICAL UNIT TO BLOCK 5 SECTION 3 BECAUSE THE SHERIFF CLAIMED THEY NEED THAT SECTION FOR A DETAINEE THAT TESTED POSITIVE FOR COVID-19 AND NEEDS ISOLATION.

I HAVE CONTINUED MY COMPLAINTS THAT THIS UNIT DOESNOT PROVIDE ME WITH THE ACCOMODATIONS REQUIRED FOR PEOPLE WITH DISABILITIES AND USING A WHEELCHAIR FOR MOBILITY INCLUDING BED WHERE I AM BEING FORCED TO SLEEP ON THE FLOOR, ADA TOILET AND ADA TABLE TO EAT MY FOOD, DAYROOM AND TV AS EVERY OTHER ICE DETAINEE IS ACCOMODATED WITH. I AM BEING IN SOLITARY CONFINEMENT FOR 24 HOURS A DAY EXCEPT FOR THE DAYS I AM LUCKY TO GET A SHOWER WHERE I WILL BE IN THERE FOR 30 MINUTES THEN BACK TO LOCKDOWN. (SEE ATTACHED GRIEVANCE THAT I FILED AND IT IS STILL PENDING RESPONSE).

THIS IS NOT THE FIRST TIME MCHENRY COUNTY SHERIFF DO THIS MOVE AND THE COURT CAN THE CHECK MY COMPLAINT FILED IN THIS SAME COURT UNDER DOCKET # 20CV50454 THAT ADDRESS THESE ADA ISSUES AND THE FAILURE OF MCHENRY COUNTY JAIL TO ACCOMMODATE MY NEEDS WHILE IN THERE CUSTODY IN VIOLATION OF TITLE II OF THE ADA AND THE REHABILITATION ACT OF 1964. THIS IS A CONTINEOUS ABUSE OF MY MEDICAL NEEDS BY THE SHERIFF ESPECIALLY WITH THEIR MEDICAL SERVICE PROVIDER WELLPATH AND ICE ARE AWARE OF THESE PROBLEMS. ICE AND DHS WERE CONTACTED AND A CIVIL RIGHT VIOLATION COMPLAINT WAS MADE WITH ICE DETAINEE REPORTING HOTLINE AND THE OFFICE OF THE INSPECTOR GENERAL OF THE DEPARTMENT OF HOMELAND SECURITY ON 12.18.2020. THE ATTORNIES AT THE AMERICAN BAR ASSOCIATION WERE AS WELL NOTIFIED OF THESE ABUSE ACTS OF THE MCHENRY COUNTY SHERIFF AND WELLPATH AND ICE FAILED REPEATEDLY TO ACT REASONABLY TO DISCONTINUE THESE ACTS. (751-121820-444435) IS THE REPORT NUMBER WITH ICE AND SIMILAR REPORTS WILL BE IN THEIR POSSESSION IN THE OCCASIONS DOCUMENTED IN MY COMPLAINT IN CASE # 2-CV50454.

PLEASE NOTE THAT CLASSIFICATION DEPARTMENT RESPONSES WERE THAT I AM BEING ACCOMODATED TO THE BEST OF THERE ABILITY (12.21.2020) WHICH I DON'T KNOW WHAT THE BEST OF THEIR ABILITY MEANS TO THEM WHICH I BELIEVE INCLUDES SLEEPING ON THE FLOOR BECAUSE THERE IS NO BEDS IN THIS CELL AND FORCED TO SOLITARY CONFINEMENT FOR SEVERAL DAYS WITHOUT BEING CHARGED OF ANY RULES VIOLATIONS OR DISCIPLINARY ACTS OR CHARGES AND BE DEPRIVED OF MY DAYROOM RIGHTS AND TV RIGHTS UNDER THE EQUAL PROTECTION RIGHTS OF THE FOURTEENTH AMENDMENT DUE PROCESS RIGHTS.

DEFENDANT/RESPONDENT CHIEF DANIEL SITKIE IS AWARE OF THESE VIOLATIONS AND HIS EXCUSE IS THAT BECAUSE OF THEIR EMMERGENCY COVID-19 NEEDS THEY NEED THESE SPOTS TO ACCOMMODATE THERE COUNTY DETAINEES AND FORCE ICE DETAINEES TO SLEEP ON THE FLOOR AND BE DEPRIVED OF THEIR CONSTITUTIONAL RIGHTS RECKLESSLY AND IGNORANTLY.

MCHENRY COUNTY SHERIFF AND ICE ARE FAILING TO ACCOMMODATE MY DISABILITY NEEDS WHICH INCLUDE A BED IN THE MINIMUM CIRCUMSTANCES

AND ADA TOILETS, SHOWERS, DAYROOM AND TV AND I HOPE THIS IS A GOOD REASON TO CONVINCE THE COURT TO GRANT ME TRO ORDER IMMEDIATELY TO DISCONTINUE THESE CONTINEOUS ILLIGAL ACTS BY THESE GOVERNMENT OFFICIALS WHICH THEY CLAIM IS DUE TO COVID-19 SPREAD AT MCHENRY COUNTY JAIL WHICH IS OF NO EXCUSE UNDER THE COLOR OF LAW AND DOESNOT CONSTITUTE A VALID LEGAL REASON TO GIVE THEM THE RIGHT TO VIOLATE FEDERAL LAWS LIKE TITLE II OF THE AMERICANS WITH DISABILITY ACT AND THE REHABILITATION ACT OF 1964.

I PRAY YOUR HONOR HEAR MY CRIES AND GRANT MY TRO SO I CAN AT LEAST ENJOY MY HOLIDAYS THAT INCLUDE CHRISTMAS AND NEW YEAR IN THE MIDDLE OF MY FAMILY INSTEAD OF CELEBRATING THESE HOLIDAYS UNDER THE CURRENT LIVING CONDITIONS I AM SUFFERING FROM IN THE CUSTODY OF MCHENRY COUNTY SHERIFF AND IMMIGRATION & CUSTOMS ENFORCEMENT.

**RESPECTFULLY SUBMITTED;**

FADEEL SHUHAIBER

A-209957429

MCHENRY COUNTY JAIL

2200 NORTH SEMINARY AVENUE

WOODSTOCK, IL 60098

DATE

DECEMBER21,2020

SIGNTURE

/S/ FADEEL SHUHAIBER