FILED

JAN 25 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
Western Division

Fadeel Shuhaiber )
   Petitioner )   Case # 20 CV 50308
   Vs. )
Daniel Sitkie )   Hon. Johnston
   Respondent )

## Request For TRO

I Fadeel Shuhaiber Files this request with this court requesting that this court orders ICE For my immediate release and in support I state the following:

1. This petition was Filed September 2020 with this court as protection from Contacting Covid-19 while in ICE custody and requested a TRO For release because I been detained For more than 180 days Following my removal order in violation of Zadveydas of MO U.S. Supreme court rules, preventing the illigal detention of Emmigrants.

2. On 01-02-21 the Assistant U.S Attorney have stated in their briefing to the court that I will be removed to Lebanon in one week.

3. Due to to the Fact that one of the Lebanese detainees tested possitive For Covid-19 have caused the flight to get canceled.

4. On 01-14-21 I have tested possitive for Covid-19 along with other detainee and currentely are quaranteening with Mild symptoms. Still there is no information from ICE regarding my removal date.

5. On 01-22-21 the New secretary of department of Homeland security have suspended deportations For 100 days while the department revises its policies. The department have promised to cooperate with Presidents Biden administration to give more than one million Emmigrants Citizenship in the United States and yet to uncover the details on this plan in their

January 29, 2021 Briefing as scheduled by the White House.

6. I might be a candidate that will benifit from such Law if passed by the Congress and Senate who are currently led by democrats and will be able to get my protection from deportation and to stay to live and work in the United States as a perminent resident or even citizen.

7. ICE have failed to remove me from the United States in a period not to exceed 180 days and ICE been Illigally detaining me for 365 days Following my order of removal. ICE have been violating U.S. Supreme court rules in Zadveydas ol MO that prohibits ICE to detain immigrants beyond 180 days.

8. ICE been warned of these violations on my 90 days custody review, my 180 days custody review, my 270 days custody review which ICE have failed to conduct and provide me with proper documentation regaring my 270 days custody review. Currently we are close from 360 days custody review and ICE still violating my constitutional rights.

9. As I have stated in my previous filing with this court that ICE have failed to protect me from Covid-19 which is the main concern brought by me in this petition where ICE are aware of the seriousness of my pre-Existing Medical conditions and still recklessly and in an ignorant was exposed me to Covid-19, which only shows that even there is a pending letigation against ICE, this agency have failed to ensure the safety and security and Health and well being of their detainees and prioritize deportation over these protections which is considered cruel and unusual punishment to me and the other two detainees that tested possitive with me in violation to our Fifth Amendment constitutional right.

10. With the current Administration policies and Excutive orders and the Biden's / Harris will to protect immigrants and their rights will prevent ICE from removing me at any time soon especially with the todays order from the New secretary of Department of Home land

security to suspend deportations for 100 days while the department revises its policies which will result in major changes from the Trump Policies and the Zero tollerence Policies implemented by Trump and the previous DHS secretary and the Acting DHS secretary and will result in Major changes in the Policies of the Department of Justice that was Led by Trump ally until he resigned.

11- I ask the Court to issue a TRO against ICE so ICE can return me to McHenry County Jail and release me of their custody immediately to stop the violations to my constitutional rights by the Illigal practices that ICE is following to Manipulate Federal Court, Menipulate the Constitution and manipulate the Laws and policies of the United States Government.

Wherefore, I pray this Court issue a Temporary Restraining order against ICE.

Respectfully submitted,