**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Western Division**

Fadeel Shuhaiber

            Plaintiff,

v.                                         Case No.: 3:20–cv–50308
                                         Honorable Iain D. Johnston

            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 28, 2021:

      MINUTE entry before the Honorable Iain D. Johnston: Status report [23] received and reviewed. The petitioner's motion for a TRO [24] is denied. A petition under 28 U.S.C. § 2241 is against the petitioner's custodian, which at the time of filing was Daniel Sitke, the chief of corrections of the McHenry County Jail. According to the motion, the petitioner has since been moved and is now at the La Palma Correctional Center in Eloy, Arizona. His motion asks for an order directing his current custodian to return him to McHenry County jail because his current facility is not protecting him from COVID by failing to enforce a mask policy or do contract tracing, and because removing him to Lebanon would be a "suicide mission," and that he is a Palestinian refugee with no country. The motion for a TRO is denied for two reasons. First, his petition alleged that the McHenry County jail was not protecting him from COVID, so based on his allegations, returning him would not increase his level of protection from the virus. Second and more fundamentally, his current custodian is not a party to this petition, and the petition was specifically limited to the issue of COVID protections at the McHenry County jail: &qu;ot;I have requested ICE to get me released from detention since they are not able to remove me at this time and to get me on an order of supervision. But this petition is not for these reasons, but instead for the court to order my release because of my risks to contact COVID–19 while in ICE custody because of my existing medical conditions..." Dkt. 1 at 3. His request to be released because his removal to Lebanon would be improper is far afield from the issue raised in his petition. Because of the uncertainty of when he will be removed, the Court stays this petition through 4/30/2021. If the petitioner is returned to McHenry County jail before then, he may notify the Court to lift the stay. Otherwise, the Court extends to 4/30/2021 the deadline for the petitioner's position paper on whether the issue raised in his petition is now moot because of his transfer away from the McHenry County jail. If the petitioner does not file the position paper by 4/30/2021, the Court will deny the petition for failure to prosecute. Mailed notice(yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.