**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | | |
|---|---|---|---|
| Fadeel Shuhaiber, | | ) | |
| | Petitioner, | ) | |
| | | ) | No. 20 CV 50308 |
| v. | | ) | Judge Iain D. Johnston |
| | | ) | |
| Daniel Sitke, | | ) | |
| | Respondent. | ) | |

## ORDER

On January 28, 2021, the Court stayed this case because petitioner Fadeel Shuhaiber sought relief based on the McHenry County Jail's failure to adequately protect him from COVID-19, but the petitioner had since been transferred away from the jail and was scheduled for removal. Dkt. 25. The Court takes judicial notice of reports that Mr. Shuhaiber has now been removed to Lebanon. See *Shuhaiber v. Dart*, No. 18 CV 1306 (N.D. Ill.) at Dkt. 108.

Removal moots Mr. Shuhaiber's case as his requested relief is release from custody in McHenry County. Releasing a petitioner from custody does not automatically moot a case if he suffers a collateral consequence (meaning a continued concrete and continuing injury from custody being challenged). *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *Cochran v. Buss*, 381 F.3d 637, 640-41 (7th Cir. 2004). In this case, there appears to be no collateral consequences as Mr. Shuhaiber has obtained his requested relief of being removed from a facility that he believed possessed an excessive risk of danger from COVID-19. Mr. Shuhaiber now is no different than any other foreign national living outside the United States, suggesting the case is now moot. *See Lindstrom v. Graber*, 203 F.3d 470, 474-75 (7th Cir. 2000) (holding that removal of detainee from United States to foreign country moots habeas case); *see also Samirah v. O'Connell*, 335 F.3d 545, 549-50 (7th Cir. 2003) (recognizing that foreign national prevented from entering the United States is not in custody of United States and is no different than billions of other people who do not live in the United States).

Accordingly, this case is dismissed as moot. The 4/30/2021 deadline for Mr. Shuhaiber's position paper is stricken.

Date: March 11, 2021          By: _____

Iain D. Johnston
United States District Judge